**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gene Edward Scott, II, | No. CV-24-02001-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| United States Department of Veterans Affairs, | |
| Defendant. | |

This Court entered judgment and closed this case on August 14, 2024. Thereafter, Plaintiff filed two motions seemingly attempting to address the merits of this case. The Court will not consider the merits of the case once judgment has been entered unless the judgment is first set aside for a valid reason. *See generally* Federal Rules of Civil Procedure 59-60.

Therefore,

**IT IS ORDERED** that the motions pending at Docs. 8 and 10 are denied.

Dated this 6th day of September, 2024.

James A. Teilborg
Senior United States District Judge